CLERK, U.S. DISTRICT COURT

JUN 16 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  WILLIAM D. NAEVE (State Bar No. 92270)
   TERRY L. KESINGER (State Bar No. 158576)
2  COTKIN, COLLINS & GINSBURG
   A PROFESSIONAL CORPORATION
3  200 West Santa Ana Blvd., Suite 800
   P.O. Box 22005
4  Santa Ana, CA 92702-2005
   Telephone:   (714) 835-2330
5  Facsimile:   (714) 835-2209
   Email:        wdn@ccglaw.cc
6
   Attorneys for Defendant, DEL AMO HOSPITAL, INC.
7

RECEIVED

JUN 12 2006

COTKIN, COLLINS & GINSBURG LLP
ORANGE COUNTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11  KURT E. MATTHEWS, an individual,        Case No. CV06-1590 SVW VBKx
                                            HON.  STEPHEN V. WILSON
12              Plaintiff,

13       vs.

14  CITY OF TORRANCE, a municipal           **STIPULATION TO EXTEND
    corporation; JAMES D. HERREN, as        DEFENDANT, DEL AMO
15  Chief of Police for the City of         HOSPITAL, TIME TO RESPOND
    Torrance; RICHARD D. BONGARD,           TO PLAINTIFF'S COMPLAINT;
16  as Fire Chief for the City of Torrance; ORDER THEREON**
    ROBERT MILLEA, an individual;
17  DOUG BYRNE, an individual;
    NATHAN NORRIS, an individual;
18  JAMES ELINGSON, an individual;
    CHRISTOPHER VALENTINO, an               Complaint Filed:    3-1-06
19  individual; JOHN SPINDLER, an           Trial Date:
    individual; TORRANCE MEMORIAL
20  MEDICAL CENTER, a California
    Non-Profit Corporation; MARY
21  DOOST, M.D., an individual; DEL
    AMO HOSPITAL, INC., a California
22  corporation; CLAUDE FRIEDMANN,
    M.D., an individual; STEVEN
23  PROVER, M.D., an individual; IRENE
    WOJEC, R.N.; and DOES 1 through
24  50,

25              Defendants.

DOCKETED ON CM

JUN 19 2006

005

26

27

28

---

**STIPULATION TO EXTEND DEFENDANT, DEL AMO HOSPITAL, TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON**

1    **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO**

2    **PLAINTIFF AND TO HIS ATTORNEYS OF RECORD, LAW OFFICES OF**

3    **HARDY L. THOMAS:**

4         **IT IS HEREBY STIPULATED** by and between plaintiff, HARDY L.

5    THOMAS, and defendant, DEL AMO HOSPITAL, INC., by and through their

6    respective counsel of record as follows:

7         1.    Defendant, DEL AMO HOSPITAL, INC., shall have a 14-day extension

8    of time in which to respond to plaintiff's complaint, up to and including **June 26, 2006.**

9    This extension is not for purposes of delay, but is entered into in good faith as it is

10   necessary to allow defendant sufficient time to investigate the allegations contained

11   within the complaint and formulate a response thereto.  No previous extensions of time

12   to respond have been sought or obtained by defendant.

13

14        **IT IS SO STIPULATED.**

15

16   DATED: June _7_ , 2006        LAW OFFICES OF HARDY L. THOMAS

17

18                By:   _Hardy L. Thom_

19                   HARDY L. THOMAS
                     Attorneys for Plaintiff,

20                   KURT E. MATTHEWS

21

22   DATED: June _2_ , 2006        COTKIN, COLLINS & GINSBURG
                     A PROFESSIONAL CORPORATION

23

24

25                By:   _William K. Kesing_
                     WILLIAM D. NAEVE

26                   TERRY L. KESINGER
                     Attorneys for Defendant,

27                   DEL AMO HOSPITAL, INC.

28                           -2-

---

**STIPULATION TO EXTEND DEFENDANT, DEL AMO HOSPITAL, TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON**

1

2  **ORDER**

3

4    Good cause appearing therefor,

5    Defendant, DEL AMO HOSPITAL, INC., shall have a 14-day extension up to and

6  including June 26, 2006, in which to respond to plaintiff's Complaint.

7

8  DATED: June / 7, 2006

9

10   STEPHEN V. WILSON

11   UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                        - 3 -

204817-1.wpd