Robert C. Reback, Esq. (58092)
David J. Rubaum, Esq. (191802)
REBACK, MCANDREWS & KJAR
1230 Rosecrans Avenue, Suite 450
Manhattan Beach, California 90266
Telephone (310) 297-9900
Facsimile (310) 297-9800

Attorneys for Defendants,
CLAUDE FRIEDMANN, M.D. and STEVEN PROVER, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KURT E. MATTHEWS, AN INDIVIDUAL<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TORRANCE, A MUNICIPAL CORPORATION; JAMES D. HERREN, AS CHIEF OF POLICE FOR THE CITY OF TORRANCE; RICHARD D. BONGARD AS FIRE CHIEF FOR THE CITY OF TORRANCE; ROBERT MILLEA, AN INDIVIDUAL; DOUG BYRNE, AN INDIVIDUAL; NATHAN NORRIS, AN INDIVIDUAL; JAMES ELINGSON, AN INDIVIDUAL; CHRISTOPHER VALENTINO, AN INDIVIDUAL; JOHN SPINDLER, AN INDIVIDUAL; TORRANCE MEMORIAL MEDICAL CENTER, A CALIFORNIA NON-PROFIT CORPORATION; MARY DOOST, M.D., AN INDIVIDUAL; DEL AMO HOSPITAL, INC., A CALIFORNIA CORPORATION; CLAUDE FRIEDMANN, M.D., AN INDIVIDUAL; STEVEN PROVER, M.D., AN INDIVIDUAL; IRENE WOJEC, RN; AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No.: CV 06-1590 SVW VBKx<br>Complaint filed: March 15, 2006<br>Assigned to Courtroom "6"<br>Honorable Stephen V. Wilson<br><br>**STIPULATION TO CONTINUE EXPERT DISCLOSURE DATE [PROPOSED] ORDER THEREON**<br><br>Trial Date: February 6, 2007 |

///

1

Stipulation and Proposed Order re Expert Disclosure Date

Sep 29 2006 11:03    HP LASERJET FAX                                      p.3
Sep 26 06 09:18a    Network Operations         3108462522                 p.1
Sep 26 2006 9:43    HP LASERJET FAX                                       p.3

1    THE PARTIES HEREBY STIPULATE, by and through their attorneys of
2    record, to the following:
3        1.    The Court's Order entered September 11, 2006 set the expert
4    witness disclosure for October, 6, 2006.
5        2.    The parties are in the process of meeting and conferring
6    with respect to obtaining and using plaintiff's confidential
7    psychiatric records.
8        3.    The parties' respective experts need sufficient time to
9    
10   review these records once they are obtained.
11       4.    October, 6, 2006 is not a feasible date for expert
12   disclosure.
13       5.    Accordingly, the parties agree and hereby stipulate that
14   the expert witness disclosure date should be continued to November 8,
15   2006, pursuant to FRCP Rule 26(a)(2).
16       6.    All supplemental and/or rebuttal disclosure also is
17   continued pursuant to Federal Rule of Procedure 26(e) to conform with
18   the stipulated continued expert disclosure date.
19   
20                              LAW OFFICES OF HARDY L. THOMAS
21
22   DATED: September 26, 2006    _____
                                  HARDY L. THOMAS
23                                Attorneys for Plaintiff,
                                  KURT E. MATTHEWS
24   //
25   //
26   //
27   //
28   //

2
Stipulation and Proposed Order re Expert Disclosure Date

|   |   |
|---|---|
| | TORRANCE CITY ATTORNEY'S OFFICE |
| DATED: September 21, 2006 | *[signature]* |
| | JOHN L. FELLOWS, III |
| | ROBERT D. ACCIANI |
| | Attorneys for Defendant, |
| | CITY OF TORRANCE |
| | |
| | MOORE, WINTER, McLENNAN, LLP |
| | |
| DATED: September ____, 2006 | |
| | RAYMOND R. MOORE |
| | JULIE POLLACK BIRDT |
| | Attorneys for Defendant, |
| | TORRANCE MEMORIAL MEDICAL CENTER |
| | |
| | COTKIN, COLLINS & GINSBERG |
| | |
| DATED: September ____, 2006 | |
| | WILLIAM D. NAEVE |
| | KRISTIE M. MACKEY |
| | Attorneys for Defendants, |
| | DEL AMO HOSPITAL & IRENE WOJECK, R.N. |
| | |
| | CARROLL, KELLY, TROTTER, FRANZEN & McKENNA |
| | |
| DATED: September ____, 2006 | |
| | MICHAEL J. TROTTER |
| | VIRGINIA M. KORTZ |
| | Attorneys for Defendant |
| | MARY DOOST, M.D. |
| | |
| | REBACK, McANDREWS & KJAR |
| | |
| DATED: September ____, 2006 | |
| | ROBERT C. REBACK |
| | DAVID J. RUBAUM |
| | ATTORNEYS FOR DEFENDANTS, |
| | CLAUDE FRIEDMANN, M.D. AND |
| | STEVEN PROVER, M.D. |

3
Stipulation and Proposed Order re Expert Disclosure Date

TORRANCE CITY ATTORNEY'S OFFICE

DATED: September _____, 2006

JOHN L. FELLOWS, III
ROBERT D. ACCIANI
Attorneys for Defendant,
CITY OF TORRANCE

MOORE, WINTER, McLENNAN, LLP

DATED: September 21, 2006

RAYMOND R. MOORE
JULIE POLLOCK BIRDT
Attorneys for Defendant,
TORRANCE MEMORIAL MEDICAL CENTER

COTKIN, COLLINS & GINSBERG

DATED: September _____, 2006

WILLIAM D. NAEVE
KRISTIE M. MACKEY
Attorneys for Defendants,
DEL AMO HOSPITAL & IRENE WOJECK, R.N.

CARROLL, KELLY, TROTTER, FRANZEN & McKENNA

DATED: September _____, 2006

MICHAEL J. TROTTER
VIRGINIA M. KORTZ
Attorneys for Defendant
MARY DOOST, M.D.

REBACK, McANDREWS & KJAR

DATED: September _____, 2006

ROBERT C. REBACK
DAVID J. RUBAUM
ATTORNEYS FOR DEFENDANTS,
CLAUDE FRIEDMANN, M.D. AND
STEVEN PROVER, M.D.

Stipulation and Proposed Order re Expert Disclosure Date

|   |   |
|---|---|
| | TORRANCE CITY ATTORNEY'S OFFICE |
| DATED: September ____, 2006 | _____ |
| | JOHN L. FELLOWS, III |
| | ROBERT D. ACCIANI |
| | Attorneys for Defendant, |
| | CITY OF TORRANCE |
| | |
| | MOORE, WINTER, McLENNAN, LLP |
| DATED: September ____, 2006 | _____ |
| | RAYMOND R. MOORE |
| | JULIE POLLACK BIRDT |
| | Attorneys for Defendant, |
| | TORRANCE MEMORIAL MEDICAL CENTER |
| | |
| | COTKIN, COLLINS & GINSBERG |
| DATED: September 21, 2006 | /s/ [signature] |
| | _____ |
| | WILLIAM D. NAEVE |
| | KRISTIE M. MACKEY |
| | Attorneys for Defendants, |
| | DEL AMO HOSPITAL & IRENE WOJECK, R.N. |
| | |
| | CARROLL, KELLY, TROTTER, FRANZEN & McKENNA |
| DATED: September ____, 2006 | _____ |
| | MICHAEL J. TROTTER |
| | VIRGINIA M. KORTZ |
| | Attorneys for Defendant |
| | MARY DOOST, M.D. |
| | |
| | REBACK, MCANDREWS & KJAR |
| DATED: September ____, 2006 | _____ |
| | ROBERT C. REBACK |
| | DAVID J. RUBAUM |
| | ATTORNEYS FOR DEFENDANTS, |
| | CLAUDE FRIEDMANN, M.D. AND |
| | STEVEN PROVER, M.D. |

```
                              TORRANCE CITY ATTORNEY'S OFFICE


 3  DATED: September ____, 2006
                              JOHN L. FELLOWS, III
                              ROBERT D. ACCIANI
                              Attorneys for Defendant,
                              CITY OF TORRANCE


                              MOORE, WINTER, MCLENNAN, LLP


 8  DATED: September ____, 2006
                              RAYMOND R. MOORE
                              JULIE POLLACK BIRDT
                              Attorneys for Defendant,
                              TORRANCE MEMORIAL MEDICAL CENTER


                              COTKIN, COLLINS & GINSBERG


14  DATED: September ____, 2006
                              WILLIAM D. NAEVE
                              KRISTIE M. MACKEY
                              Attorneys for Defendants,
                              DEL AMO HOSPITAL & IRENE WOJECK, R.N.


                              CARROLL, KELLY, TROTTER, FRANZEN &
                              McKENNA

20  DATED: September 25, 2006      /s/ Virginia M. Kortz
                              MICHAEL J. TROTTER
                              VIRGINIA M. KORTZ
                              Attorneys for Defendant,
                              MARY DOOST, M.D.


                              REBACK, MCANDREWS & KJAR


25  DATED: September ____, 2006
                              ROBERT C. REBACK
                              DAVID J. RUBAUM
                              ATTORNEYS FOR DEFENDANTS,
                              CLAUDE FRIEDMAN, M.D. AND
                              STEVEN PROVER, M.D.
```

```
 1                                    TORRANCE CITY ATTORNEY'S OFFICE
 2
 3    DATED: September _____, 2006    _____
                                      JOHN L. FELLOWS, III
 4                                    ROBERT D. ACCIANI
                                      Attorneys for Defendant,
 5                                    CITY OF TORRANCE

 6
                                      MOORE, WINTER, McLENNAN, LLP
 7

 8
      DATED: September _____, 2006    _____
 9                                    RAYMOND R. MOORE
                                      JULIE POLLACK BIRDT
10                                    Attorneys for Defendant,
                                      TORRANCE MEMORIAL MEDICAL CENTER
11

12                                    COTKIN, COLLINS & GINSBERG

13

14    DATED: September _____, 2006    _____
                                      WILLIAM D. NAEVE
15                                    KRISTIE M. MACKEY
                                      Attorneys for Defendants,
16                                    DEL AMO HOSPITAL & IRENE WOJECK, R.N.

17
                                      CARROLL, KELLY, TROTTER, FRANZEN &
18                                    McKENNA

19

20    DATED: September _____, 2006    _____
                                      MICHAEL J. TROTTER
21                                    VIRGINIA M. KORTZ
                                      Attorneys for Defendant
22                                    MARY DOOST, M.D.

23

24                                    REBACK, McANDREWS & KJAR

25
      DATED: September 26, 2006       _____
26                                    ROBERT C. REBACK
                                      DAVID J. RUBAUM
27                                    ATTORNEYS FOR DEFENDANTS,
                                      CLAUDE FRIEDMANN, M.D. AND
28                                    STEVEN PROVER, M.D.
```

IT IS SO ORDERED
Dated 10/5/06
[signature]
United States District Judge

3

Stipulation and Proposed Order re Expert Disclosure Date

|     |                                                         |
| --- | ------------------------------------------------------- |
| 1   |                    IT IS SO ORDERED                     |
| 2   | DATED:_____           BY:_____ |
| 3   |                              JUDGE OF THE DISTRICT COURT |

4
Stipulation and Proposed Order re Expert Disclosure Date

Case 2:06-cv-01590-SVW-VBK   Document 55   Filed 10/05/06   Page 9 of 10   Page ID #:66
Sep 29 2006 11:03   HP LASERJET FAX                                          p.10

**PROOF OF SERVICE -- §1013a CODE OF CIVIL PROCEDURE, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1230 Rosecrans Avenue, Suite 450, Manhattan Beach, California 90266.

On **September 29, 2006**, I served the foregoing document described as **STIPULATION TO CONTINUE EXPERT DISCLOSURE DATE [PROPOSED] ORDER THEREON** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **By Mail** I caused such envelope to be deposited in the mail at Manhattan Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **By Overnight Delivery** I caused such envelope to be sent via overnight delivery service. The envelope was deposited in or with a facility regularly maintained by the express service carrier with delivery fees paid or provided for.

☐ **By Fax** I caused such document to be transmitted by facsimile. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error.

☐ **By Personal Service** I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **Federal** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on **September 29, 2006**, at Manhattan Beach, California.

_/s/ Stacey Peters_
STACEY PETERS

1

MATTHEWS V. CITY OF TORRANCE, et al.
USDC Case No.: CV 06-1590 SVW VBKx
Our File No.: 5-879

## SERVICE LIST

**Attorneys for Plaintiff**
Hardy L. Thomas, Esq.
LAW OFFICES OF HARDY L. THOMAS
6171 W. Century Blvd.
Suite 200
Los Angeles, CA 90045
Telephone: 310-846-2521
Facsimile: 310-846-2522

**Associated Counsel for Plaintiff**
Edward A. Hoffman, Esq.
11620 Wilshire Boulevard
Suite 340
Los Angeles, CA 90025
Telephone: 310-575-3540
Facsimile: 310-575-6107

**Attorneys for Defendants, CITY OF TORRANCE, ET AL.**
John L. Fellows, III, Esq.
City Attorney
Robert D. Acciani, Esq.
Chief Deputy City Attorney
3031 Torrance Blvd.
Torrance, CA 90503-5059
Telephone 310-618-5810/5816
Facsimile 310-618-5813

**Attorneys for Defendant, TORRANCE MEMORIAL MEDICAL CENTER**
Raymond R. Moore, Esq.
Julie Pollock Birdt, Esq.
MOORE, WINTER & MCLENNAN
701 N. Brand Blvd., Suite 200
Glendale, CA 91203-4232
Telephone 818-240-2600
Facsimile 818-240-1253

**Attorneys for Defendant, DEL AMO HOSPITAL AND IRENE WOJECK, R.N.**
William D. Naeve, Esq.
Kristie M. Mackey, Esq.
COTKIN, COLLINS & GINSBURG
200 W. Santa Ana Blvd., Suite 800
Santa Ana, CA 92702-2005
Telephone 714-835-2330
Facsimile 714-835-2209

**Attorneys for Defendant, JOHN SPINDLER**
William D. Lowerison, Esq.
LAW OFFICES OF WILLIAM D. LOWERISON
322 W. Third Street
Santa Ana, CA 92701
Telephone 714-558-1600
Facsimile 714-558-1633

**Attorneys for Defendant, MARY DOOST, M.D.**
Michael J. Trotter, Esq.
Virginia M. Kortz, Esq.
CARROLL, KELLY, TROTTER
   FRANZEN & McKENNA
111 W. Ocean Blvd., 14th Floor
Long Beach, CA 90802-4646
Telephone: 562-432-5855
Facsimile: 562-432-8785

2